# 21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

## STATE OF LOUISIANA

NUMBER:                                                        DIVISION:

**KEVIAN WILLIAMS AND JESSICA MILES**

**VS.**

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, SOUTHERN TIRE MART, LLC AND LARRY BLAKENEY**

FILED: _____      _____
                                                                                     **DEPUTY CLERK**

## PETITION FOR DAMAGES

1.

Made petitioner herein is KEVIAN WILLIAMS (WILLIAMS), a person of the full age of majority and domiciled in the Parish of Livingston, State of Louisiana.

2.

Made petitioner herein is JESSICA MILES (MILES), a person of the full age of majority and domiciled in the Parish of Livingston, State of Louisiana.

3.

Made defendant herein is TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (TRAVELERS), a foreign insurance company authorized to do business and doing business in the Parish of Tangipahoa, State of Louisiana.

4.

Made defendant herein is SOUTHERN TIRE MART, LLC (SOUTHERN TIRE), a domestic limited liability corporation authorized to do and doing business in the Parish of Tangipahoa, State of Louisiana.

DEFENDANT'S EXHIBIT 1

NON-CERTIFIED COPY

5.

Made defendant herein is LARRY BLAKENEY (BLAKENEY), upon information and belief, a person of the full age of majority and domiciled in the County of Jones, State of Mississippi.

6.

Venue is proper in this jurisdiction because the incident giving rise to this litigation occurred in the Parish of Tangipahoa.

7.

The defendants, TRAVELERS, SOUTHERN TIRE and BLAKENEY, are liable unto your petitioner jointly, severally and in solido for the following reasons to-wit:

8.

On September 2, 2022, WILLIAMS and MILES were passengers in a vehicle being driven by Daniella Betts that was traveling east bound on Highway 16 approaching its intersection with the on ramp to Interstate 55 north.

9.

BLAKENEY was traveling west bound on Highway 16 and was attempting to turn left onto Interstate 55 north requiring him to travel across the east bound lane of travel.

10.

Suddenly and without warning, BLAKENEY failed to observe the approaching vehicle being driven by Betts, in which WILLIAMS and MILES were passengers, and cut in front of the Betts vehicle causing the Betts vehicle to collide with the BLAKENEY vehicle.

NON-CERTIFIED COPY

11.

Plaintiffs aver that the defendant, BLAKENEY, was under a legal duty to operate his vehicle in a safe and prudent manner, including, but not limited to, to avoid striking the vehicle driven by Betts in which WILLIAMS and MILES were passengers. This legal duty was designed to protect the Petitioner and those similarly situated from this type of harm arising in this manner.

12.

Plaintiffs further represent that the defendant, BLAKENEY, breached his legal duty which such breach was a legal cause and cause in fact of the injuries sustained by Plaintiffs and further, a sole and proximate cause of Plaintiffs' damages without any comparative negligence on the part of your Petitioner.

13.

BLAKENEY committed the following, non-exclusive acts of negligence to-wit:

A. Failing to maintain control of his vehicle and/or failing to properly legally operate his vehicle;

B. Operating his vehicle in a careless manner;

C. Failing to stop his vehicle as required by law;

D. Driving at an excessive speed under the circumstances which prevented the defendant from causing a collision;

E. Failing to maintain a safe and proper look-out;

F. Failing to see what he should have seen;

G. Failing to observe the vehicle in front of him;

H. Failing to exercise vigilance;

I. Failing to yield;

J. Failing to obey the traffic laws of the Parish of Tangipahoa and/or the State of Louisiana;

NON-CERTIFIED COPY

K.  Any and all other non-exclusive acts of negligence which are inherent in these pleadings; or which may appear through discovery in this case, or which may be proven at trial in derogation of the laws of the State of Louisiana and the United States.

14.

At all material times hereto, the defendant BLAKENEY, was in the course and scope of his employment with SOUTHERN TIRE. Plaintiffs specifically plead the theory of respondeat superior and vicarious liability which renders SOUTHERN TIRE responsible for the actions and inactions of BLAKENEY.

15.

At all material times hereto, on information and belief, the defendant, TRAVELERS, had in full force and effect a policy of liability insurance which was issued in favor of SOUTHER TIRE and/or BLAKENEY as a direct and/or omnibus insured, which provides insurance coverage against the risk of loss arising from the operation of the vehicle owned by SOUTHERn TIRE and driven by BLAKENEY, which is the subject of this suit and which inures to the benefit of Plaintiffs an others similarly situated, arising from the events described herein and as such, TRAVELERS is made a direct defendant pursuant to the Louisiana Direct Action Statute.

16.

As a result of the foregoing, your Petitioner, WILLIAMS, has been caused to sustain the following damages, particularly, but non-exclusively described as follows:

| | | |
|---|---|---|
| A. | Past, present and future physical pain and suffering | Reasonable |
| B. | Past, present and future metal anguish and anxiety | Reasonable |
| C. | Past, present and future medical and rehabilitation | Reasonable |

NON-CERTIFIED COPY

| | | |
|---|---|---|
| | Expenses | |
| D. | Past, present and future loss wages | Reasonable |
| E. | Loss of earning capacity | Reasonable |
| F. | Loss of Enjoyment of life | Reasonable |
| G. | Property Damage | Reasonable |
| | Total | Reasonable |

17.

As a result of the foregoing, your Petitioner, MILES, has been caused to sustain the following damages, particularly, but non-exclusively described as follows:

| | | |
|---|---|---|
| A. | Past, present and future physical pain and suffering | Reasonable |
| B. | Past, present and future metal anguish and anxiety | Reasonable |
| C. | Past, present and future medical and rehabilitation Expenses | Reasonable |
| D. | Past, present and future loss wages | Reasonable |
| E. | Loss of earning capacity | Reasonable |
| F. | Loss of Enjoyment of life | Reasonable |
| G. | Property Damage | Reasonable |
| | Total | Reasonable |

18.

WHEREFORE, Plaintiffs, KEVIAN WILLIAMS and JESSICA MILES, pray that:

A. The defendants herein, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICAN, SOUTHERN TIRE MART, LLC and LARRY BLAKENEY be duly cited and served with a copy of this Petition and be required to answer same in accordance with the law;

NON-CERTIFIED COPY

B.      After due delays and proceedings had, there be judgment herein in favor of Plaintiffs, KEVIAN WILLIAMS and JESSICA MILES, and against defendants, TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA, SOUTHERN TIRE MART, LLC and LARRY BLAKENEY, jointly, severally and in solido for any and all damages necessary and appropriate in the premises along with judicial interest from the date of judicial demand and all costs of these proceedings; and

C.      For all general and equitable relief.

Respectfully submitted:

_____
TIMOTHY R. RICHARDSON (#27625)
P.O. Box 310
Madisonville, Louisiana 70447
Telephone: (985) 302-3022
Facsimile: (985) 898-0483
Email: Tim@rlgroup-law.com
Attorney for Plaintiffs

Physical Address:
422 E. Lockwood, Second Floor
Covington, Louisiana 70447

**PLEASE SERVE:**

1. Travelers Property and Casualty Company of America
   Through its agent for service of process,
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809

2. Southern Tire Mart, LLC      **VIA LOUISIANA LONG ARM SERVICE**
   Through its agent for service of process
   Perry Phillips
   800 Highway 98
   Columbia, Mississippi 39429

3. Larry Blakeney      **VIA LOUISIANA LONG ARM STATUTE**
   111 Oak Street
   Sanderson, Mississippi 39477

NON-CERTIFIED COPY