## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIAN WILLIAMS AND JESSICA MILES** | **CIVIL ACTION** |
| | **NO. _____-cv-_____** |
| **Plaintiffs,** | |
| **VERSUS** | **DISTRICT JUDGE:** |
| | **HON.** |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, SOUTHERN TIRE MART, LLC AND LARRY BLAKENEY** | |
| | **MAGISTRATE JUDGE:** |
| | **HON.** |
| **Defendants.** | |

## CERTIFICATE OF FILING OF STATE COURT RECORD

**PURSUANT TO** the provisions of 28 U.S.C. Section 1447(b), a copy of all pleadings in the State Court proceeding entitled *Kevian Williams and Jessica Miles v. Travelers Property Casualty Company of America, Southern Tire Mart, LLC and Larry Blakeney*, bearing Case Number 2022-20220000837-B on the docket of the Twenty-First Judicial District for Tangipahoa Parish, Louisiana, is attached hereto and is hereby submitted for filing into the record of these proceedings.

1. Cover Sheet
2. Petition-Damages
3. Out-of-Parish Sheriff Fee
4. *Affidavit of Service* – **Pending** *(as of 5/2/2022, image not available to public)*
5. *Exhibit* – **Pending** *(as of 5/2/2022, image not available to public)*
6. *Cover Letter* – **Pending** *(as of 5/2/2022, image not available to public)*

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

 /s/ *Tasha Hebert*
JAMES W. HAILEY, III (23111)
LEE M. PEACOCKE (18374)
PAUL A. ECKERT (05265)
TASHA W. HEBERT (25703)
KELLY C. SIMPSON (37534)

        400 Poydras Street, Suite 1300
        New Orleans, LA 70130
        Tel. (504) 322-4100 | Fax (504) 754-7569
        Email: James.Hailey@LewisBrisbois.com
        Lee.Peacocke@LewisBrisbois.com
        Paul.Eckert@LewisBrisbois.com
        Tasha.Hebert@LewisBrisbois.com
        Kelly.Simpson@LewisBrisbois.com
        ***Attorneys for Travelers Property and Casualty Company of America, Southern Tire Mart, LLC and Larry Blakeney***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal has been served on all parties through the Court's CM/ECF electronic filing system. If a party should not receive copy through the Court's filing system, a copy of the foregoing will be sent via e-mail to their counsel of record addressed to Tim@RLGroup-Law.com this 2nd day of May, 2022.

        */s/ Tasha Hebert*
        Tasha Hebert

4862-0851-7662.1

2

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Kevian Williams, et al    vs.    Travelers Property Casualty, et al

**Court:** 21st Judicial District Court

**Docket Number:** Tangipahoa Parish Clerk of Court 20220000837
Filed Mar 28, 2022 11:04 AM   B

**Parish of Filing:** Tangipahoa Parish

**Filing Date:** Kelsey Miller, Deputy Clerk of Court

**Name of Lead Petitioner's Attorney:** Timothy Richardson

**Name of Self-Represented Litigant:**

**Number of named petitioners:** 2

**Number of named defendants:** 3

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☐ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
This is a side impact motor vehicle accident

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** Timothy Richardson    **Signature**

**Address** P.O. Box 310, Madisonville, Louisiana 70447

**Phone number:** 985-302-3022    **E-mail address:** tim@rlgroup-law.com

NON-CERTIFIED COPY

**21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA**

**STATE OF LOUISIANA**

**NUMBER:**                                                 **DIVISION:**

**KEVIAN WILLIAMS AND JESSICA MILES**

**VS.**

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, SOUTHERN TIRE MART, LLC AND LARRY BLAKENEY**

**FILED:** _____   _____
                                                                                     **DEPUTY CLERK**

**PETITION FOR DAMAGES**

1.

Made petitioner herein is KEVIAN WILLIAMS (WILLIAMS), a person of the full age of majority and domiciled in the Parish of Livingston, State of Louisiana.

2.

Made petitioner herein is JESSICA MILES (MILES), a person of the full age of majority and domiciled in the Parish of Livingston, State of Louisiana.

3.

Made defendant herein is TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (TRAVELERS), a foreign insurance company authorized to do business and doing business in the Parish of Tangipahoa, State of Louisiana.

4.

Made defendant herein is SOUTHERN TIRE MART, LLC (SOUTHERN TIRE), a domestic limited liability corporation authorized to do and doing business in the Parish of Tangipahoa, State of Louisiana.

NON-CERTIFIED COPY

5.

Made defendant herein is LARRY BLAKENEY (BLAKENEY), upon information and belief, a person of the full age of majority and domiciled in the County of Jones, State of Mississippi.

6.

Venue is proper in this jurisdiction because the incident giving rise to this litigation occurred in the Parish of Tangipahoa.

7.

The defendants, TRAVELERS, SOUTHERN TIRE and BLAKENEY, are liable unto your petitioner jointly, severally and in solido for the following reasons to-wit:

8.

On September 2, 2022, WILLIAMS and MILES were passengers in a vehicle being driven by Daniella Betts that was traveling east bound on Highway 16 approaching its intersection with the on ramp to Interstate 55 north.

9.

BLAKENEY was traveling west bound on Highway 16 and was attempting to turn left onto Interstate 55 north requiring him to travel across the east bound lane of travel.

10.

Suddenly and without warning, BLAKENEY failed to observe the approaching vehicle being driven by Betts, in which WILLIAMS and MILES were passengers, and cut in front of the Betts vehicle causing the Betts vehicle to collide with the BLAKENEY vehicle.

NON-CERTIFIED COPY

11.

Plaintiffs aver that the defendant, BLAKENEY, was under a legal duty to operate his vehicle in a safe and prudent manner, including, but not limited to, to avoid striking the vehicle driven by Betts in which WILLIAMS and MILES were passengers. This legal duty was designed to protect the Petitioner and those similarly situated from this type of harm arising in this manner.

12.

Plaintiffs further represent that the defendant, BLAKENEY, breached his legal duty which such breach was a legal cause and cause in fact of the injuries sustained by Plaintiffs and further, a sole and proximate cause of Plaintiffs' damages without any comparative negligence on the part of your Petitioner.

13.

BLAKENEY committed the following, non-exclusive acts of negligence to-wit:

A. Failing to maintain control of his vehicle and/or failing to properly legally operate his vehicle;

B. Operating his vehicle in a careless manner;

C. Failing to stop his vehicle as required by law;

D. Driving at an excessive speed under the circumstances which prevented the defendant from causing a collision;

E. Failing to maintain a safe and proper look-out;

F. Failing to see what he should have seen;

G. Failing to observe the vehicle in front of him;

H. Failing to exercise vigilance;

I. Failing to yield;

J. Failing to obey the traffic laws of the Parish of Tangipahoa and/or the State of Louisiana;

NON-CERTIFIED COPY

K.  Any and all other non-exclusive acts of negligence which are inherent in these pleadings; or which may appear through discovery in this case, or which may be proven at trial in derogation of the laws of the State of Louisiana and the United States.

14.

At all material times hereto, the defendant BLAKENEY, was in the course and scope of his employment with SOUTHERN TIRE. Plaintiffs specifically plead the theory of respondeat superior and vicarious liability which renders SOUTHERN TIRE responsible for the actions and inactions of BLAKENEY.

15.

At all material times hereto, on information and belief, the defendant, TRAVELERS, had in full force and effect a policy of liability insurance which was issued in favor of SOUTHER TIRE and/or BLAKENEY as a direct and/or omnibus insured, which provides insurance coverage against the risk of loss arising from the operation of the vehicle owned by SOUTHERn TIRE and driven by BLAKENEY, which is the subject of this suit and which inures to the benefit of Plaintiffs an others similarly situated, arising from the events described herein and as such, TRAVELERS is made a direct defendant pursuant to the Louisiana Direct Action Statute.

16.

As a result of the foregoing, your Petitioner, WILLIAMS, has been caused to sustain the following damages, particularly, but non-exclusively described as follows:

| | | |
|---|---|---|
| A. | Past, present and future physical pain and suffering | Reasonable |
| B. | Past, present and future metal anguish and anxiety | Reasonable |
| C. | Past, present and future medical and rehabilitation | Reasonable |

NON-CERTIFIED COPY

| | | |
|---|---|---|
| | Expenses | |
| D. | Past, present and future loss wages | Reasonable |
| E. | Loss of earning capacity | Reasonable |
| F. | Loss of Enjoyment of life | Reasonable |
| G. | Property Damage | Reasonable |
| | Total | Reasonable |

17.

As a result of the foregoing, your Petitioner, MILES, has been caused to sustain the following damages, particularly, but non-exclusively described as follows:

| | | |
|---|---|---|
| A. | Past, present and future physical pain and suffering | Reasonable |
| B. | Past, present and future metal anguish and anxiety | Reasonable |
| C. | Past, present and future medical and rehabilitation Expenses | Reasonable |
| D. | Past, present and future loss wages | Reasonable |
| E. | Loss of earning capacity | Reasonable |
| F. | Loss of Enjoyment of life | Reasonable |
| G. | Property Damage | Reasonable |
| | Total | Reasonable |

18.

WHEREFORE, Plaintiffs, KEVIAN WILLIAMS and JESSICA MILES, pray that:

A. The defendants herein, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICAN, SOUTHERN TIRE MART, LLC and LARRY BLAKENEY be duly cited and served with a copy of this Petition and be required to answer same in accordance with the law;

NON-CERTIFIED COPY

B.  After due delays and proceedings had, there be judgment herein in favor of Plaintiffs, KEVIAN WILLIAMS and JESSICA MILES, and against defendants, TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA, SOUTHERN TIRE MART, LLC and LARRY BLAKENEY, jointly, severally and in solido for any and all damages necessary and appropriate in the premises along with judicial interest from the date of judicial demand and all costs of these proceedings; and

C.  For all general and equitable relief.

Respectfully submitted:

TIMOTHY R. RICHARDSON (#27625)
P.O. Box 310
Madisonville, Louisiana 70447
Telephone:   (985) 302-3022
Facsimile:    (985) 898-0483
Email: Tim@rlgroup-law.com
Attorney for Plaintiffs

Physical Address:
422 E. Lockwood, Second Floor
Covington, Louisiana 70447

**PLEASE SERVE:**

1.  Travelers Property and Casualty Company of America
    Through its agent for service of process,
    Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, Louisiana 70809

2.  Southern Tire Mart, LLC              **VIA LOUISIANA LONG ARM SERVICE**
    Through its agent for service of process
    Perry Phillips
    800 Highway 98
    Columbia, Mississippi 39429

3.  Larry Blakeney                        **VIA LOUISIANA LONG ARM STATUTE**
    111 Oak Street
    Sanderson, Mississippi 39477

NON-CERTIFIED COPY

# CITATION



**D176255**

| KEVIAN WILLIAMS |  CLERK OF COURT | DOCKET NUMBER: C-20220000837 *Division:* B 21st *Judicial District Court* *Parish of Tangipahoa* *State of Louisiana* |
|---|---|---|
| VS | | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | | |

To: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
THRU ITS AGENT FOR SERVICE OF PROCESS:LA
SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA
70809

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana. You are the named defendant in the above captioned matter. Attached to this citation is a:

    X   Certified Copy of Original Petition
         Certified Copy of Amended Petition
         Discovery Request

**Article 1001 of the Louisiana Code of Civil Procedure states:**
**A.** A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.
**B.** When an Exception is filed prior to Answer and is overruled or referred to the merits or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.
**C.** The Court may grant additional time for answering.
**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**
A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.
         **THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**
*This service was requested by* RICHARDSON, TIMOTHY R *and was issued by the Clerk of Court on* MARCH 29, 2022.

*Pleading Served*
PETITION FOR DAMAGES

RECEIVED
APR 07 2022
E.B.R. SHERIFF'S OFFICE

*Kallin Leto*
Deputy Clerk of Court for
GARY STANGA, Clerk of Court

---

**SERVICE INFORMATION**

*Received on the* _____ *day of* _____, 20____ *and on the* _____ *day of* _____, 20____ *served the above-named party as follows:*

**Personal Service** *on the party herein named* _____.

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of* _____, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____ I made service on the named party through the Office of the Secretary of State on

*Returned: Parish of* _____ *this* _____ *day of* _____, 20____.

APR 0 8 2022

| Service | $_____ | |
| Mileage | $_____ | |
| Total | $_____ | By: _____ |
| | | *Deputy Sheriff* |

by tendering a copy of this document to:
JULIE NESBITT
DY. M. LOCKWOOD #0003
Deputy Sheriff, Parish of East Baton Rouge, LA

SCANNED ORIGINAL
MW

PREPAID NON-CERTIFIED COPY